# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Boxey Tech LLC,** | Case No. 6:20-cv-00586-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Neutron Holdings, Inc. d/b/a Lime,** | |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: January 21, 2021            Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria
7736694590
isaac@rabilaw.com


**Counsel for Plaintiff**
**Boxey Tech LLC**


/s/ Michael C. Smith

1

Michael C. Smith
Siebman, Forrest, Burg & Smith, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900
Email: michaelsmith@siebman.com

**Counsel for Defendant**
**Neutron Holdings, Inc. d/b/a Lime**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on January 21, 2021 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff
